```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
JOSHUA RECHNITZ,                                              :
                                                              :
                              Plaintiff,                      :
                                                              :
            -against-                                         :   21-CV-364 (VEC)
                                                              :
ROBERT BERNSTEIN AND NORTHEAST                                :   ORDER
FARM ACCESS 1, LLC,                                           :
                                                              :
                              Defendants.                     :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 26, 2021, the parties appeared for a conference;

IT IS HEREBY ORDERED that Defendants' motion to dismiss is due not later than **March 15, 2021**. Plaintiff must respond to Defendants' motion not later than **April 12, 2021**. In response to Defendants' motion, Plaintiff may either oppose the motion or amend its Complaint, not both. Should Plaintiff opt to oppose the motion, Defendants may reply in further support of their motion not later than **April 26, 2021**.

**SO ORDERED.**

Date: **February 26, 2021**
      New York, New York

_____
       **VALERIE CAPRONI**
       **United States District Judge**