USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
JOSHUA RECHNITZ,

                              Plaintiff,

              -against-                          21-CV-364 (VEC)

ROBERT BERNSTEIN AND NORTHEAST          ORDER
FARM ACCESS 1, LLC,

                             Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 15, 2021, Defendants filed a motion to dismiss the complaint (Dkt. 25); and

    WHEREAS on April 12, 2021, Plaintiff filed the First Amended Complaint (Dkt. 27);

    IT IS HEREBY ORDERED that Defendants' motion to dismiss is DENIED as moot. Not later than **May 3, 2021**, Defendants must either file an answer to Plaintiff's First Amended Complaint or move to dismiss the First Amended Complaint.

    IT IS FURTHER ORDERED that, per this Court's Individual Practices 4.E.i, not later than **April 15, 2021**, Plaintiff must file a redlined version of the First Amended Complaint, comparing the revisions made to the prior version of the complaint.

    The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 25.

**SO ORDERED.**

Date: April 13, 2021
       New York, New York

                                                         **VALERIE CAPRONI**
                                                         **United States District Judge**